# Third District Court of Appeal
## State of Florida

Opinion filed January 20, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1012
Lower Tribunal No. 19-34863

————————

**L. Powers,**
Appellant,

vs.

**Arthur J. Morburger,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Martin Zilber, Judge.

L. Powers, in proper person.

Arthur J. Morburger, in proper person.

Before EMAS, C.J., and LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.